JOHN E. CASSINAT (SBN 131214)
RONALD L. CARELLO (SBN 179238)
CASSINAT LAW CORPORATION
4815 Laguna Park Drive, Suite C
Elk Grove, CA 95758
(916) 393-3030 – Office
(916) 393-4238 – Facsimile

Attorneys for Plaintiffs Town & Country West, GP,
And Janak Mehtani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWN & COUNTRY WEST, GP, A GENERAL PARTNERSHIP; AND JANAK MEHTANI, AN INDIVIDUAL;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, A PUBLIC AGENCY; ROBIN RASMUSSEN, AN INDIVIDUAL; GREGORY STOWE, AN INDIVIDUAL; AMY NYGREN, AN INDIVIDUAL; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CIV.2:17-cv-02231-JAM-AC<br><br>ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE WITH EACH PARTY WAIVING ATTORNEYS' FEES AND COSTS |

The stipulation is approved. The entire action against all parties, is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

May 21, 2018

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE WITH EACH PARTY WAIVING
ATTORNEYS' FEES AND COSTS                1